FILED - USDC -NH
2023 OCT 4 AM 10:09

# UNITED STATES DISTICT COURT

New Hampshire

WESTON S. STOW
PLAINTIFF

V.

Doc. No _____

Helen Hanks; Lynn-Marie
Cusack; Paula Mattis;
Corey Riendeau; Scott Newton;
All sued in their individual and
official capacity where Allowed
by law

## COMPLAINT WITH JURY DEMAND

### INTRODUCTION

This is a Civil rights Action Filed by Weston
Stow, a state prisoner For damages relief under
42 USC 1983 Alleging violation of the duty of care
to safely keep and protect prisoners from harm
in violation of the Eighth Amendment to the
United States Constitution. The plaintiff also
Alleges the INTENTIONAL STATE LAW TORTS;
(INTENTIONAL MENTAL DISTRESS [Suffering]);
(INTENTIONAL ASSAULT AND BATTERY). And
(Common Law Negligence); (Negligence per se).

### JURISDICTION

1.) The court has jurisdiction over the plain-
tiff's claims of violation of Federal Constitu-
tional rights under 42 USC Sections 1331 (1) and
1343.

2.) The court has supplemental jurisdiction
over the plaintiff's state law tort claims
under 28 USC § 1367.

1

## Parties

3. Helen Hanks is the N.H. Department of Corrections Commissioner Concord, N.H. 03301

4. Lynn-Marie Cusack was the Director of Professional Standards + Training for the N.H. Dept. of Corrections, Concord, NH 03301

5. Paula Mattis is the Director of Medicine and Forensics for the N.H. Dept. of Corrections Concord, NH 03301

6. Corey Riendeau is the Warden at (NCF) Northern NH Correctional Facility, 138 East Milan RD. Berlin, NH 03570.

7. Scott Newton is the Security Major of (NCF) Northern N.H. Correctional Facility, 138 East Milan RD. Berlin, NH 03570.

8. All Defendants have acted and continue to act under color of state law.

## Summary Presentation

9. The Gym at NCF was used as an isolation unit for prisoners who either tested positive or were suspected of having Covid-19 beginning 12.14.2020 with Delta Block entering first. Charlie and Hotel Block prisoners were being housed in the Gym beginning Tues. through Friday Dec. 18, 2020. It was the custom and

2

The policy not to mix Delta Block, a predator block with known trouble makers who had exhibited instances of violent behaviours. with Charlie and Hotel Blocks which were prey blocks, Charlie Block had / has alot of older prisoners with serious medical issues

Defendants made the decision to move plaintiff (a C-Block elderly medically infirm prisoner) in the Gym wed. 12·16·2020 despite knowing C + H Block prisoners were being threatened, harrassed and having full water bottles and other items thrown at them by D·Block prisoners since their arrival in the Gym. Defendants were made aware of this upon information and belief by other prisoners and staff.

Senior prison officials and other staff warned defendants it was a bad idea to house these Block's together because of the probability of violent encounters happening. These staff members expressed an interest to testify in court about this. Defendants ignored the warnings and continued to mix the Blocks and keep plaintiff in the Gym.

3

PLAINTIFF WAS brutally, viciously attacked by 3-4 DELTA Block prisoners, all caught on security video - tape and incurred severe damage to his eye (PARTIAL LOSS OF VISION) And several disks in his neck area as a result. The residual pain and emotional, mental suffering still lingers three years later. PLAINTIFF has been diagnosed as having PTSD.

Note: PLAINTIFF was locked in his cell with a roommate as was the case with all prisoners in Charlie Block prior to being housed in the gym from WEDNESDAY 12.16.2020 to SAT 12.19.2020 when PLAINTIFF and other C-Block prisoners were returned to C-Block in their previous status. The Gym move did not need to happen. PLAINTIFF was in QUARANTINE/ISOLATION in C-Block. FACTS (ASSAULT)

10. Early SATURDAY morning 12.19.2020 at approx: 0105 hrs, I left my bunk #24 to go to the urinal in the shower-room (In the Gym).

11. Upon exiting the shower-room a couple of minutes later and having walked approx 15', I noticed my mattress and bedding were missing from my bunk.

12. I stopped, looked around and saw my mattress put on the floor in front of the gym mail-box area.

13. I walked to approximately the head of my

3A

bunk which was connected to the bunk behind mine.

14. While facing the Gym I yelled out---who took my mattress and put it over on the floor? Whoever did that is a punk and a coward.

15. I heard some incoherent rumbling and then noticed to my right a large stocky bald headed guy getting up yelling incoherent things at me with a long haired muscular built bearded strongly looking guy walking up the second Isle to my right towards me.

16. They were yelling loudly.

17. I asked the bald headed guy if he did this?

18. He said no.

19. I said, "I've no Issue with you, mind your buisness + there was a third guy as well.

20. As they kept walking towards me I slowly backed up Trying to keep All three in my 180° Line of vision.

21. The bald headed guy was yelling "Fuck you" I'm making this my buisness you piece of Shit

4

Feekin old man."

22. I was now about 10-15' in front of the gym sink.

23. As they advanced closer like (4) feet away from me; I told them I had no issue with them, to back off.

24. They did not.

25. The bald headed guy in the middle tried hitting me first with some punches to the face.

26. I defended myself by returning some strikes to him as best as I can recall.

27. I tried stepping backwards to re-establish a 180° line of vision.

28. I believe, as my shoelaces were untied and dragging on the floor I steped on one while moving backwards and went down on my back and side; I could of been pushed as well.

29. They all pounced on me, hitting and kicking me in the head, and neck. (see: EX:J and K)

30. I heard the bald headed guy in the middle yelling "Kill that piece of shit."

5

31. I WAS Able TO Kick AT The bald headed guy A Few Times while yelling AT them To get Away From me while doing So.

32. I Felt A Lull in The Attack but it Resumed in Several Seconds, (I believe I WAS Unconcious).

33. I Felt extremely hard blows, Kicks and Strikes To my head, neck, ear, eye rapidly And Continuously For what I WAS led To believe To be A couple of Minutes.

34. I Recall being in A defensive position covering my head, Face, neck And Almost lost Conciousness Again due To The Kicks and Strikes being So PowerFull And in succession by these Attackers.

35. I believe The First Response Security Team Arrived At That Time,

36. I WAS Taken To The Reception Center And Seen by A Nurse

37. I Received Treatment For A cut on The left Side of my head, ice To Keep The Swelling down on my Whole left eye Socket, And my left ear, was Examined. (See: EX: J)

38. I WAS given An eye examination by the

6.

nurse to see if these were indications of brain injury.

39. All of these areas were intensely bruised for several days.

40. My head was sore all over as was my neck all over for approx. 10 days making sleep difficult. (See EX: J and K).

41. I received a head x-ray to determine if my skull was fractured.

42. I told these guy's after they told me they did not move my mattress that I had no issue with them, to mind their business.

43. I tried to diffuse the situation but they did not take the opportunity to stop.

44 I told them while being attacked to get away from me as I managed to kick at the bald headed guy.

45. They could of stopped but did not

46. They in fact increased the ferocity of their attack.

PLAINTIFFS MEDICAL CONDITION

47. Three punk's in I'd guess their 30's beating on a 64 yr old (Great Grand Pa age) who was half asleep, compromised immune

7

System From Fighting Covid-19, A chronic Health Care patient with Heart Disease (Atrial Fiberation) And hypertension.

48. I have chronic hypertension, And a border Line diabetic, Cancer survivor.

49. I have degenerative osteo-Arthritis such that my knees sometimes buckle, making me lose my balance.

50. My knees swells up, inhibiting movement And even walking.

51. Standing is A problem at times for ten minutes or longer.

52. One kick to the head or strike to A man of my age with my medicine condition could of caused my death; Let Alone dozens of hard kicks And strikes to A defenseless senior citizen with underlying medical issues (1)

53. At Approximately mid-day Saturday December 19, 2020 Delta Block was All returned to Delta Block And Quarantined in place (double occupancy cells); Charlie Block was All returned to

(1) I Am on Coumadin (bloodthiner) For A-Fib.

8

Charlie Block And Quarantined in place (double occupancy cells); And Hotel Block was all returned to Hotel Block And Quarantined in place (double occupancy cells).

54. The entire NCF Facility was in Lockdown Quarantine in place (All eight individual cell Block's A-H 24/7 For Several months) As best I Recall.

## 1st Grievance
## Exhaustion of Administrative Remedies

3-21-2021
Inmate Request Slip

55. Plaintiff Asked Warden Riendeau:

" When Sgt Nadeau in reception ordered the Two Transportation officers to take me to the Gym Dorm where D-Block was on Wed. Dec. 16, 2020 upon my return from (AVH) — was he Acting Under his own Authority or carrying out orders From you or Major Newton?

" I was Led to believe no movement of Any Prisoner to the Gym Dorm unless that order came From you or the Major." XX

Warden Rienedeau replied 3-23-21 " Resident Stow, the Dorm is/was used for medical isolation of covid-19 Residents, thankyou.

See Attached Exhibit A (3-21-2021 IRS Slip).

→ XX → See PAGE 35 to this complaint (Important)

9

3-25-2021 GRIEVANCE TO COMM. HANK'S

56    ON 3-25-2021 PLAINTIFF SENT A GRIEVANCE
TO COMMISSIONER HANK'S REGARDING THE 3-21-2021
IRS HE SENT TO WARDEN RIENDEAU AND THE
WARDEN'S RESPONSE.

PLAINTIFF'S " Requested/Remedy WAS: HAVE
WARDEN RIENDEAU ANSWER THE QUESTION AS
ABOUT ACCOUNTABILITY AND TAKING RESPONSIBILITY "
DIRECTOR Kench (THE Commissioners designee)
REPLIED 3-31-2021 STATING', " MR. STOW, YOU
ARE ASKING FOR INFORMATION YOU ARE NOT
ENTITLED TO, YOUR GRIEVANCE IS Denied.'
SEE: ATTACHED EX:B (3-25-2021 GRIEV. TO COMM. HANK'S)

2ND GRIEVANCE
5-10-2021
INMATE REQUEST SLIP

57.   ON 5-10-2021 PLAINTIFF SENT WARDEN RIENDEAU
AN IRS ASKING HIM TO "PLEASE SEND ME A READABLE
COPY OF YOUR REPLY TO BOTH 5-07-21 GRIEVANCES,'
THE WARDEN RESPONDED 5-11-21 STATING',

" RESPONSE FROM WARDEN RIENDEAU ', RESIDENT
STOW, WHAT YOU HIGHLIGHT AS FACT IS INDEED, NOT A
FACT AND YOUR INFORMATION IS INCORRECT. COVID-19
POSITIVE RESIDENTS DO NOT QUARANTINE, THEY MEDICALLY
ISOLATE, CDC RECOMMENDS THIS AND THAT AREA TO
NCF WAS THE DORM, REGARDLESS OF SYMPTOMS
OR NOT, A POSITIVE TEST REQUIRED MEDICAL

ISOLATION NOT " QUARANTINE IN PLACE?"
See: ATTACHED EXHIBIT C. (5·10·2021 IRS TO WARDEN

RIENDEAU.

### MAY 07 2021 GRIEVANCE
### TO WARDEN RIENDEAU

58. PLAINTIFF SENT ON MAY 07, 2021 A GRIEVANCE
TO WARDEN RIENDEAU (3 PAGES) COMPLAINING ABOUT
BEING HOUSED IN THE GYM DOOM. AFTER TESTING
POSITIVE FOR COVID-19. THE FOLLOWING IS EXACTLY
WHAT PLAINTIFF STATED TO THE WARDEN WITHIN
THE (3 PAGE) MAY 07, 2021 GRIEVANCE:

" RE: MY PLACEMENT IN GYM QUARANTINE DECEMBER
16, 2020 WED. DUE TO HAVING TESTED POSITIVE
EARLIER THAT DAY FOR COVID-19. IT HAS COME TO
MY ATTENTION THAT THE DECISION TO PLACE ME IN
GYM QUARANTINE CAME FROM YOU WARDEN AND
MAJOR NEWTON.

FACT I WAS ASYMPTOMATIC.
FACT MY ROOMATE WAS ALREADY EXPOSED.
FACT THESE WAS IN MY OPINION NO REASON THAT
UPON MY RETURN FROM (AVH) ③ THAT DAY;
I COULD NOT OF SIMPLY QUARANTINED IN PLACE
AS WAS THE CDC RECOMENDATION AT THAT TIME,
FACT ALL OF DELTA BLOCK'S PRISONERS WERE IN
GYM QUARANTINE.

FACT ANDROSCOGGIN VALLEY HOSPITAL (AVH). I HAD A
PRE-SCHEDULED BLOOD DRAW NOT COVID-19 RELATED

11

FACT I've been led to believe they were infected with COVID-19, and Alot were exhibiting symptoms.

FACT Alot of D-Block prisoners were not properly wearing mask's while in the gym ③

FACT Since Monday Dec. 15, 2020 there were aggressive verbal outbursts threatening in nature to staff and both C-Block and H-Block prisoners who had been sent to the Gym on quarantine status.

FACT STAFF were aware of this.

FACT I was led to believe you and the Majors were made aware of this.

FACT on at least one instance a large security-response team equiped with riot gear, had to respond to the Gym between Mon. and Wed. Dec. 15, 2020 to quell an uprising from D-Block prisoners about C+H Block prisoners being placed in the Gym quarantine.

FACT One C-Block prisoner was removed for safety concerns than brought back which only escalated the verbal threats and taunts all that week from D-Block prisoners against C+H Block prisoners.

FACT The numerous security cameras would confirm this.

12

FACT One H-Block prisoner I believe on
Friday Dec (18 or) 19, 2020 was not allowed
by D-Block prisoners to live on a bunk but
rather was moved to the front of the
gym on the floor next to the mail box.
FACT the assigned officers to the gym did
nothing to prevent that and knew tensions
were high.

FACT I was led to believe you and the
major were made aware of this.

FACT I was attacked by three D-Block
punk's early Sat. morn. Dec (19) 2020
at approx 0100 hrs. As you know.

FACT That attack resulted in irreparable
optic nerve damage in one eye with
significant loss of vision. (See: EX:N though Q)

FACT I incurred injury in the 'C' Section
of my spinal cord (neck area) as well.

FACT medical testing is ongoing. (See: EX:J and K)

My issue both decisions to place me in the
gym quarantine I believe was unnecessary
and in violation of the classification Quin
policy and the custom of keeping C+H
Block prisoners separate from D-Block
prisoners; I take issue with the additional
facts which I've been led to believe
that you and the major were made aware

13

by the VAST MAJORITY of line officers up to CAPTAIN; that it was NOT a matter of if but when an incident such as what happened to me would happen And that both your responses were indifferent to these concerns. I Feel both your Decisions in light of the above FActs were reckless And violated the Standard duty of care to safely keep the prisoners in your charge.

Concluding I TAKE no pleasure in having to tell you this, it is not personal to either of you. I wish none of this happened but it did And it is unacceptable. It needs to be Addressed such that something like this will not happen Again. I will be exercising my lawful rights to bring suit Against both of you in court to seek equity and justice for violating my U.S. Const. rights under the 1st, 5th, 8th, And 14th Amends.

Request that you take note of this As it is my legal obligation under statute to provide you this notice."

Note the Above is a "Quote" From the MAY 07, 2021 Grievance to WARDEN Rienbertz See: EX: D Attached.

14

## 3RD GRIEVANCE

### June 01, 2021 Grievance to Comm. Hank's

59. Plaintiff stated within the 6-01-2021 Grievance to Commissioner Hank's:

"The (3) page May 07, 2021 Grievance attached to the Grievance fully explains my position. There is no need to repeat this verbatim.

Request that you take note of this as it is my legal obligation under statute to provide you this notice."

60. Commissioner Hank's responded 6-7-2021

"You are correct the PLRA requires you to Exhaust All administrative remedies prior to filing pro se litigation in federal court. You are complaining that your constitutional rights were violated. There was no deliberate indifference to your safety & security. Decisions related to Covid-19 regarding housing and quarantine status were thought out prior to movements."

Answered by Lynn-Marie Cusac for Commissioner Hank's

See: Exhibit E-Attached June 01, 2021 Grev. to Comm. Hank's.

15

## ADDITIONAL FACTS

61. ON SATURDAY December 19, 2020 in the other NCF empty Gym there were A group of Charlie Block prisoners packed and ready to move back to Charlie Block ④

62. CAPTAIN Buswick, over 20 yrs. in NCF, The Senior official in charge of housing at NCF Addressed us All.

63. CAPTAIN Beswick emphatically stated he told them (our Front office Administration, i.e. Warden, Major, perhaps Operations Capt. etc.) it was A very bad idea to mix C+D-H Blocks, And that words to the effect it was Foreseeable Aggression And violence would occur (As best I recollect)

64) CAPTAIN Beswick specifically stated to me "MR. Stow, I Apologize For that happening to you" I told them it was A bad idea to mix the block's, they did not Listen.

65) Then the Captain Lastly said twice well, they are Listening to me now!

**Further Take Note** In conversation with

F.n.④ Hotel Block prisoners were moved back to Hotel Block that DAY (As was I believe D-Block prisoners.

16

NUMEROUS STAFF, FROM CAPTAIN Beswick on
down, they ALL SAID when the time comes
that they would testify concerning this
Gym Situation And my being Attacked.

### Supplemental Jurisdiction Exhaustion

6-01-2021 IRS
TO WARDEN Rienbeau

66. PLAINTIFF requested that WARDEN
Rienbeau take notice of the Following:

"(This is in Addition to the 5-07-2021 Grievance).
IT is my Lawfull obligation pursuant to RSA
541-B:14, TO give you notice that I intend
TO pursue Allegations of intentional mental
distress (RSA 541-B:19, 1(d) And under
RSA 541-B:2 11-z, (d) Bodily Injury And
personal injury. (Also ( NEGLIGENT Infliction
of Emotional Distress) See: SOLTANI V. Smith
812 F. Supp. 1286, 1296 And 1300, And negligence
or negligence per se (See MARQUAY V. EAO
139 NH 708 (1995) Against you And major
Newton For Injuries I incurred As A
result of the 12-19-2020 Attack, unprovoked
Assault by three punks from D-POD [3 on 1].
As I Said in my Grievance, This is not
with Any personal Animus towards you
And the major. I need TO satify within
my procedural requirements regarding
Legal issues."

17

## 8th AMENDMENT Deliberate Indifference For VIOLATION OF STANDARD OF CARE TO SAFELY Protect And Keep From Harm prisoners In Defendants Care

### FACTS

67. Before MONDAY December 14, 2020 my Block, Charlie Block WAS on Lockdown As was Alpha, BRAVO, Echo, Foxtrot, Hotel And Gulf.

68. THAT MEANT we were Locked in our cells 24/7. Already in Quarantine And/or isolation.

69. MOST Cells Are 2-MAN cells with An upper And Lower bunk.

70. There is one 4-MAN cell (Two bunk beds). On each Block (best I recollect).

71. Just About the entire block WAS exhibiting Covid-19 Systems.

72. Upon information And belief, out of the entire block of Approx. 70 prisoners. 60 prisoners were Sick. Prisoners Talked openly out of open Slots in the cell doors About how they And Their cellmates were Sick.

73. Prisoners did not WANT to report

being sick because they did not want to end up in medical isolation or the Gym.

74. Medical Health services had Approx. (8) eight cells that were used for medical isolation.

75. Each cell had it's own locked door and the two cells which were side by side shared a shower, sink, toilet, which were inside a second locked door which when opened led to an open corridor.

76. Each individual cell had a toilet and sink as well,

77. There was a large room Approx: 20x15' that housed Approx: eight (8) single beds, for ill patients not necessarily covid-19 related,

78. The Gym, where plaintiff was housed beginning wed. Dec. 16, 2020 held Approx: (60) prisoners

79) some were single beds others bunk beds.

19

80. The Adjacent same size Gym (basket ball court size) was empty and not utilized to house Covid-19 prisoners.

81) The education wing consisted of (4 or 5) Four or Five large rooms approx 25' by 20' with removable chairs and desks that could of been used to house Covid-19 prisoners but was not so used,

82, It was the custom and policy to keep bottom prison housing blocks A, B, C, D from mixing with upper housing blocks E, F, G, H.

83. It was the custom and policy not to have Charlie and Hotel Blocks mix with Delta Block.

84. All blocks went to the chow hall seperatly as a block at staggered times,

85. Charlie and Hotel Block's went together to the outside big yard for (1) hour a day (when it was open) and when not, to the gym for (1) hour.

20

86. I believe the other Blocks went by themselves only, not sure.

## Commissioner Hank's

87. A Staff member whose been working here since NCF opened in approximately 2000 told me Commissioner Hank's is made aware of Situations and decisions that need to be made Like the Covid-19 Gym Housing and that she approved this mixing of C, D and H Blocks. In the Gym.

## Lynn-Marie Cusack And Director Paula Mattis

88. It is common knowledge And known Upon Information and Belief that Lynn-marie Cusack As the Top Supervisor of NH Dept. of Corr. Security And Dir. Mattis of NH Dept. of Corr. medical And Forensic Services would be on the chain of Command to either Approve or deny such a move to the Gym. (See: Page 15 Supra, 3rd Grev. Answered by cusack.)

89. The mixing of C, D, And H Blocks Affected Prisoners Health, Security And Safety

21

90. I personally overheard staff talking when walking past them and in the OIC's office saying that the decision to mix the block's in the Gym (C, D + H) was approved by the commissioner and the directors of medical, forensics and professional standards (security), which at that time was Lynn-Marie Cusack and Paula Mattis.

## WARDEN RIENDEAU AND MAJOR NEWTON

91. I personally overheard various staff on various occasions stating it was Warden Riendeau and Major Newton who allowed C, D, + H blocks to mix.

92. Captain Berwick, in charge of all prison housing and security thereof told me and other prisoners that on more than one occasion he and other staff told the Warden and the Major this was a very bad idea to mix C, D and H block's and that there would be problems as a result.

93. The officers were concerned because the first, second, third if needed response

22

Teams run to an emergency when the alarm sounds.

94. The officers would be at risk for contracting Covid-19 and if/when such a situation arose; possible bodily injury.

94. I personally overheard staff talking about being present and overhearing other staff telling warden Rivuleau that if C, D, and H blocks are mixed people will get hurt, the warden's reply was (its prison, well deal with that afterwards).

## Hostile Gym Environment

95. Upon information and belief there were problems in the gym Monday Dec. 14, 2020 such as threats of harm to Charlie and Hotel Block prisoners.

96. Upon information and belief there were problems in the gym Tuesday Dec. 15, 2020 such as a female officer pushing in it C-Block prisoner who was in a wheelchair was met with just horrific verbal assaults such that she had to leave the block

23

With the prisoners And A security response Team had to come to quell the Disturbance

97. On Wednesday December 16, 2020 I was moved into the Gym and witnessed full water bottles and items of food being thrown at C-Block And H-Block prisoners And heard threats being said to them by D-Block prisoners

98. On As best I recall either Wednesday Dec. 16, 2020 or Thurs Dec. 17, 2020 A C-Block prisoner was taken out of the Gym with Severe head trauma to an outside hospital And died Shortly thereafter.

99. On As best As I recall Thursday Dec 17, 2020 or Friday December 18, 2020 D-Block prisoners would not let A H-Block prisoner stay on Any Gym bunks but instead put his mattress and bedding on the floor in the front of the Gym under the water Mail box next to the Unnamed officers Desk.

100. Upon information And belief the various C.O's Assigned to the gym were made aware

24

of these events and passed this information up the chain of command.

## PLAINTIFF'S PHYSICAL AND EMOTIONAL ISSUES

101. "I've been experiencing dizziness, nausea, blurred and double vision, pain in my head all over, loss of balance sometimes combined or a few symptoms at various times."

102. I've not had any of this prior to the attack and am concerned about brain injury." See: ATTACHED Ex. G (2.03.2021 Request Slip).

103. "I suffered head/brain trauma in an incident in the gym 12.19.20. One of the issues is loss of memory." See: Exhibit H (2.05.2021 Request Slip).

104. "I am seeing double a lot of times, my vision has been noticably blurrier, I've been experiencing pain behind both eyes at times, mostly the right side (my right, when I'm looking straight ahead) and I can't see peripheral. Vision on that same eye has been diminishing since the assault. Note my left side of the skull was traumatized the most." See: ATTACHED Ex. I (2-16-2021) Inmate Request Slip.

25

105. "Since the 12-19-2020 ATTACK, I've been experiencing Things I've NOT experienced before, (1) Lack of full movement of my neck, up + down, side to side. That Area makes. Alot of clicking + grinding sounds. (2) when I have my neck certain ways, I experience loss of balance at times and dizziness; (3) headaches, (4) sometimes difficulty swallowing (5) blurry and double vision at times (6) nausea at times (7) Alot of pain in that Area" See: Attached EX: I. 6.2.2021 Request Slip. And Exik 4-20-2021 Result of MRI Spine Cervical Exam confirming various spinal disc bulges.

106. See Attached Exik 6-21-2021 Request Slip to Ms. B. Richards, Mental Health Counselor. "I've been having difficulty dealing with both physical irreparable injury and emotional/mental trauma resulting from An unprovoked ATTACK/Assault by Three D-Block prisoners while quarantined/isolated etc. in the Gym Dec. 19.th 2020 due to Covid." "The Foreseeable Stage was set for this by the NCF STAFF who made the decision to ignore the Classification Quay System policy And

26

Instead house D-block punks with prisoners From other Blocks, I think it would be helpfull to talk about my feeling's and emotions."

107. "I've incurred serious eye damage as a result of the Gym assault, that requires Monitoring. I've told the DR. I've been experiencing hard, and damaged eye pain frequently. It's forseeable there could be increased damage and the delay would exasebate it." See: EX: M attached 10·6·22 (Request Slip).

## ~~Eye Injury~~

108. See: Attached EX: N 3-23-2021 Request by DR. T. Richardson, D.O. Concord Eye Center. 2 Pillsbury St., Suite 600, Concord, NH. 03301 (2) Pages " PT Attacked by 3 people, took kicks to left side of head -- Decreased VA, OU, OD > OS -- OCC, diplopia, ⊘ Distortion ⊘ Flashes W ⊘ Floaters ⊗ Black curtain

Impression / Plan
1) — Superior ganglion loss and superior RNFL Thinning OD
— M/L 2° to optic neuropathy from head Trauma

27

109. See: EX:O Attached. 4-1-2021 and 4-2-2021 Fax Cover Letter and Off Site / Consult Order by DR. Tighe C. Richardson " 1) Optic Neuro-Pathy OD ~ My L 2° to Trauma — Visual Field And Nerve Scan Complete OD "

110. See: EX:P Attached 5-03-2021 Report From DR. Tighe C. Richardson, D.O. (2 pages). Patient Complaint: " HPI: PT States ↓ Vit OU over Last Month getting worse O+N. have True Tending Small Print. PT States OD Started Achivy over Last Few wks. Occ half hour or so " Impression plan — My L 2° to being Kicked in head repeatedly → Disc based to damage "

111. See: EX:Q Concord Eye Center Report From Tighe Richardson, D.O. (2 pages) 2-15-2022 (Top Left) "8 month F/u Traumatic Neuropathy OD." "HPI: CC-VA ↓ OD blurry x 8 months halos that comes with sharp pain ODx 1 year ∅ Flashes ∅ Floaters ∅ A's " "Photos O VA when reading have blurred spots x 3 months" POH: ∅ Sx Trauma to head."

Impression / Plan "
1) Traumatic Optic Neuropathy OD:
  - ⊕ Pallorous optic nerve cupping OD>OS [1]

112. "Interpretation And Report": Visual Field.

"Results" OD

Normal: (+) Superior Temporal Quadrant Loss.

Other: (+) Superior Thinning (RCO) 63

## Mental/Emotional Injury

113.  Since the 12·19·2020 Gym Attack I've been experiencing on a regular basis daily for the first two years and after that about twice a week feelings of depression, humiliation, sadness, detachment, anger, mental sensation of pain, violated, embarrassment, wounded pride, shame, despair, reliving the attack in my dreams I feel the numerous strikes, kicks, hear the threats being screamed at me over + over again.

114. I see a bright white light exploding in my head like a flash bang grenade as a result of being hit and kicked so hard in the neck and head...I wake up from these nightmares sweating, breathing fast and shallow, shaking.

115. Since the attack it's been difficult to sleep and concentrate for any length of time. I've experienced

29

Memory loss At Times, This makes me Angry, Frustrated, Feeling helpless, Abandoned And bewildered, I've PTSD As A result.

116. The nightmares continue weekly. When there was A seemingly Lull (Dead quiet) in the Attack, My memory was blank. I believe I went unconscious. I Felt vulnerable, Alone, lack of control.

## Claims For Relief

117. The Actions of Defendant's Hanks, Cusack, Mattis, Riendeau, Newton in making the decision to house plaintiff And C, D, And H Block prisoners together in the Gym in violation of prison policy, Knowing There were hostile Acts And Threats being made Towards C And H Block prisoners Two days in A row prior to putting plaintiff in the Gym was A Failure of Their Duty of Care To Keep plaintiff From physical And emotional harm, was done recklessly And constituted deliberate indifference And cruel And unusual punishment in violation of the Eighth Amendment of the United States

30

Constitution.

And Further makes the NH State Law claims against Defendants for:

1. The Intentional Tort of Assault + Battery.

2. The Intentional Tort of Mental Suffering

3. Negligent Infliction of Emotional Distress

4. Common Law Negligence

5. Negligence per se

See: RSA 541-B:2, 11-a (a).
          B:19, 1(a)

118. The Actions of Defendants Hanks, Cusack, Mattis, Riendeau and Newton, despite being made aware by senior correctional and other staff of the foreseeability of it being a bad idea to mix C, D + H Blocks together in the gym because problems like physical violence would occur made the reckless decision house plaintiff and C, D + H block's together in the Gym, Failing to keep plaintiff from physical and emotional harm, and constituted deliberate indif-

ference And cruel And unusual punishment in violation of the Eighth Amendment of the United States Constitution.

And Further makes the NH state law claims against Defendants For:

1. The Intentional Tort of Assault And Battery.

2. The Intentional Tort of Mental Suffering.

3. Neglegent Infliction of emotional Distress.

4. Common Law Negligence

5. Negligence per se

See: RSA 541-B:2, 11-2 (2).
            B:19, 1 (d)

119. The Failure of Defendants Rirendeau And Newton To simply house plaintiff in his cell in C-Block instead of the Gym, a readily available Alternative option, constitutes the Tort of common law negligence And/or negligence per se under the state law of New Hampshire.

Wherefore: plaintiff requests that the court grant the Following relief:

A. Issue A declaratory judgement
   stating that:

   1. The Actions of Defendant's Hank's,
Cusack, Mattis, Riendeau, and Herbing reckless
decision to House Plaintiff in the Gym against
prison policy, senior Staff's warning and advice
not to was a failure of their Duty of care to
keep Plaintiff from physical and emotional harm
in violation of the Eighth Amendment of the
United States Constitution And:

   a. Common Law Negligence
   b. Negligence per se
under the state laws of New Hampshire

   2. The Actions of above listed Defendants
Caused the Plaintiffs physical and emotional
Injuries:

   a. The Intentional tort of Assault And
      Battery.

   b. The Intentional tort of Mental
      Distress (Suffering)

   c. Negligent Infliction of Emotional
      Distress

   Under the state laws of New Hampshire.
Fustus see: Bodily Injury under RSA 54:9:2,
II-2, (a) And RSA 54-B:a, II(d)

33

B. AWARD COMPENSATORY DAMAGES jointly
AND SEVERALLY AGAINST LISTED DEFENDANTS
FOR:

   a. The severe physical Injuries suffered
   by PLAINTIFF.

   b. The severe emotional and
   mental Injury suffered by
   PLAINTIFF.

C. AWARD PUNITIVE DAMAGES jointly
AND SEVERALLY AGAINST LISTED DEFENDANTS
FOR:

   a. Making The Reckless decision
   To house PLAINTIFF in the Gym
   Against Mandatory, Prison Policy,
   CDC Guidelines, the Forewarning
   by Senior And other Staff
   not to do such And the readily
   Available option to have Simply
   Allowed PLAINTIFF to remain
   in Quarantine And/or isolation
   on C-Block with All other
   Locked down C-Block prisoners
   before the Gym move And where
   PLAINTIFF was returned to
   (4) days later After the Attack.

VERIFICATION PURSUANT TO 28 USC 1746, I Declare
Under penalty of perjury that the foregoing is
True And correct.

DATED: September 30, 2023

Respectfully
Weston Slocum
WESTON S. SLOCUM pro se

34

## AS REGARDS DAMAGES

Plaintiff will be seeking compensation and punitive damages, costs and attorney fees in amounts that with the courts leave will be briefed and identified later. They will be above the statutory threshold.

Dated September 30, 2023

Respectfully,
Weston J. Stow
WESTON J. STOW pro se

Note page 9 xx my case counselor/case manager; CC/CM Mr. King told me that staff received an email stating no-one moves to the Gym (where plain-tiff was moved 12-16-20) unless the warden (Rivendale) and Major Newton approved the move.

VERIFICATION pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct

Dated: September 30, 2023

Weston J. Stow
WESTON J. STOW,
pro se

35