```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Weston J. Stow

  v.

                Case No. 23-cv-455-SM

NH Department of Corrections, Commissioner, et al

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated December 7, 2023.

             _____
             Steven J. McAuliffe
             United States District Judge

Date: January 2, 2024

cc: Weston J. Stow, pro se